IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
Northern Division

LASHAWN WEBB, et al.

    Plaintiffs

v.      Civil Case MJG-01-CV-2248

THE MAY DEPARTMENT STORES
COMPANY, et al.

    Defendants

### STIPULATION OF ORDER OF DISMISSAL WITH PREJUDICE

To The Clerk:

Please mark the above-captioned case as "Dismissed With Prejudice As to All Claims".

_____       _____
James L. Rhodes, Esquire      Edward C. Bacon, Esquire
10 North Calvert Street      Capital Office Park
Suite 204      6411 Ivy Lane, Ste. 706
Baltimore, MD 21202      Greenbelt, MD 20770-1411
Attorney for Plaintiff      Attorney for Defendants

Approved this 19th day of June, 2002

_____
Marvin J. Garbis
United States District Judge

BACON, THORNTON
& PALMER
L.L.P.
CAPITAL OFFICE PARK
6411 IVY LANE
SUITE 706
GREENBELT, MARYLAND
20770-1411
(301) 345-7001
FAX (301) 345-7075